IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-02212-DDD-NRN | Date: May 5, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| VICTORIA MORRIS, | Stephen Justino |
| Plaintiff, | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Muliha Khan<br>Erica Payne |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**2:58 p.m.     Court in session.**

Court calls case. Appearances of counsel. Preliminary remarks by the Court.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**   As to Interrogatory #3, Defendant's objection is SUSTAINED.

As to Interrogatory #4, Defendant's objection is SUSTAINED.

As to request for production of documents #17, Defendant's objection is SUSTAINED.

      As to interrogatory #17, Defendant's objection is OVERRULED. Defendant shall identify all policies that were in effect as of May 1, 2017.

      As to interrogatory #18, Defendant's objection is SUSTAINED.

      Request for production of documents #2 is WITHDRAWN.

      As to requests for production of documents #'s 3, 4, and 5, Defendant's objections are OVERRULED. Defendant shall produce.

      As to request for production of documents #6, Defendant's objection is OVERRULED. Defendant shall produce.

      As to request for production of documents #7, Defendant's objection is OVERRULED. Defendant shall produce.

      Request for production of documents #8 and 11 are WITHDRAWN.

Parties move to extend expert disclosure deadlines and dispositive motions deadline.

**ORDERED:**  Initial expert deadline is extended to July 24, 2022
Rebuttal expert deadline is extended to August 22, 2022
Dispositive motions deadline is extended to September 19, 2022.

**3:39 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:41

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.