IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02212-NRN

VICTORIA MORRIS,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

Defendant.

**SECOND JOINT MOTION TO AMEND THE SCHEDULING ORDER**

The parties move, jointly, to amend the scheduling order.

1. The Discovery Cut-off date is June 27, 2022.

2. On May 27, 2022, Plaintiff advised Defendant that she wanted to take a Rule 30(b)(6) deposition of the defendant. At that time, Plaintiff provided Defendant with a draft of her NOTICE OF FRCP 30(b)(6) DEPOSITION, with a list of topics to be covered by the 30(b)(6) designee(s),

3. On May 31, 2022, Defendant advised that its 30(b)(6) designee was likely to be State Farm Team Manager Eryn Wittler, whose individual (fact witness) deposition was scheduled to take place on June 21, 2022. Defendant suggested Ms. Wittler's fact witness deposition be continued so that her individual deposition and her 30(b)(6) deposition could be accomplished on

1

the same date.

4.     On June 1, 2022, the Plaintiff agreed to Defendant's suggestion, and continued the June 21, 2022 deposition pending rescheduling it on a date in which Eryn Wittler was prepared to do the 30(b)(6) deposition.

5.     On June 16, 2022 Defendant advised that Eryn Wittler was available to sit for her individual deposition, followed immediately by her Rule 30(b)(6) deposition, on July 28, 2022.

6.     Extensions of the Expert Witness disclosure deadlines are needed to allow the parties' respective experts to receive, review, and comment on the case in light of the Defendant's 30(b)(6) deposition.

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Discovery Cut-Off – for the limited purpose of deposing Eryn Wittler, both in her individual capacity, and in her capacity as Defendant's Rule 30(b)(6) designee | June 27, 2022 | July 28, 2022 |
| Expert Disclosure Deadline | July 22, 2022 | August 25, 2022 |
| Rebuttal Expert Disclosure Deadline | August 22, 2022 | September 22, 2022 |
| Expert Discovery- for Limited Purposes of Deposing Experts | July 20, 2022 | October 21, 2022 |

## ARGUMENT

A scheduling order will be amended "only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); *see also SIL-FLO, Inc. v. SFHC, Inc.*, 917 F.2d 1507, 1519 (10th Cir. 1990) (observing that "rigid adherence to the pretrial scheduling order is not advisable"). In evaluating whether parties have demonstrated good cause for modification, courts generally

consider the following factors: (1) whether trial is imminent; (2) whether the request is opposed; (3) whether the non-moving party would be prejudiced; (4) whether the moving party was diligent in obtaining discovery; (5) the foreseeability of the need for additional discovery in light of the time allowed for discovery by the court; and (6) the likelihood that the discovery will lead to relevant evidence. *See Lehman Bros. Holdings Inc. v. Universal Am. Mortg. Co., LLC*, 300 F.R.D. 678, 681 (D. Colo. 2014).

These factors favor finding good cause to extend the above case deadlines by 30 days. First, a trial date has not been set. Second, the request is made jointly.

Third, no prejudice will result to either party if the requested modification of the case deadlines is granted. The parties seek the extension jointly.

Fourth, the parties have been working together collaboratively to complete discovery.

As to the fifth and sixth factors, the Defendant's 30(b)(6) testimony the parties may obtain as a result of the requested extension is highly relevant to claims and defenses at issue in this case, and both parties have an interest in ensuring that the facts in this case are fully and fairly evaluated.

Under D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on his or her respective client.

## CONCLUSION

For the reasons set forth herein, good cause exists to amend the Scheduling Order as requested. The parties respectfully request that the Court grant the motion.

Respectfully submitted on June 27, 2022.

s/ *Stephen A. Justino*
Stephen A. Justino
Boesen Law, LLC
4100 E. Mississippi Ave, Suite 1900
Denver, CO 80246
Telephone: (303) 999-9999
Email: sjustino@boesenlaw.com
Attorney for Plaintiff


s/ *Erica O. Payne*
Erica O. Payne
Muliha A. Khan
Zupkus & Angell, P.C.
789 Sherman Street, Suite 500
Denver, CO 80203
Telephone: (303) 894-8948
mkhan@zalaw.com epayne@zalaw.com
Attorneys for Defendant

4

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following email addresses:

Erica O. Payne
Zupkus & Angell, P.C.
789 Sherman Street, Suite 500
Denver, CO  80203
Telephone: (303) 894-8948
Email:  epayne@zalaw.com
Attorney for Defendant

                                               s/ *Jennalyn Tew*
                                               Paralegal, Boesen Law, LLC